**No. 63379.**—Zacho *v.* United States, protest 58/18026 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

**No. 63380.**—Selig Manufacturing Co., Inc. *v.* United States, protests 59/4185, 59/4187, and 59/4188 (Boston).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 20 percent under paragraph 412, as modified by T.D. 51802, or at 19 percent under said paragraph, as modified by T.D. 54108, was sustained.

**No. 63381.**—Associated Dry Goods Corp. (Lord & Taylor Div.) and Furniture Import Corp. *v.* United States, protests 58/10936 and 58/15193 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiffs was sustained.

**No. 63382.**—Castelazo & Associates, a/c David Chow & Co. *v.* United States, protest 58/10186 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of rattan flower cages the same in all material respects as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 181, C.D. 2039), the claim of the plaintiff was sustained.